NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PRADEEP SARAF,

        Plaintiff-Appellant,

 and

SAURABH JAIN; et al.,

        Plaintiffs,

 v.

TRACY RENAUD, Senior Official
Performing the Duties of the Director, U.S.
Citizenship and Immigration Services; UR
M. JADDOU, USCIS Director,

        Defendants-Appellees.

No.   23-15795

D.C. No. 5:21-cv-03115-VKD

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Virginia K. DeMarchi, Magistrate Judge, Presiding

Submitted June 3, 2024[**]
San Francisco, California

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: S.R. THOMAS and BUMATAY, Circuit Judges, and BENNETT,*** District Judge.

Appellant Pradeep Saraf ("Saraf") appeals the district court's decision granting the government's motion for summary judgment on Saraf's claim that the United States Citizenship and Immigration Services ("USCIS") unreasonably delayed processing his Form I-526 petition in violation of 5 U.S.C. § 555(b). Saraf asserts that the district court erred by denying his requests for discovery. However, on April 15, 2024, six weeks before scheduled argument, the USCIS approved Saraf's long-pending Form I-526 petition.

As there no longer exists a present controversy for which relief can be granted, we lack jurisdiction and must dismiss Saraf's appeal. *See Donovan v. Vance*, 70 F.4th 1167, 1171 (9th Cir. 2023). There is nothing in the record to indicate that Saraf caused this matter to become moot. Because Saraf's appeal became moot through no fault of his own, we remand the case to the district court with instructions to vacate its grant of summary judgment in favor of the government. *See id*. at 1172–73 ("Under *United States v. Munsingwear, Inc*., 340 U.S. 36, 39, (1950), vacatur is generally automatic in the Ninth Circuit when a case becomes moot on appeal. We decline to apply *Munsingwear* vacatur only when the

---

***      The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.

party seeking appellate relief fails to protect itself or is the cause of subsequent mootness." (cleaned up)).

**DISMISSED and REMANDED with instructions.**[1]

---

[1] Each party shall bear their own costs on appeal.